**Order filed May 27, 2021.**



**In The**

# Fourteenth Court of Appeals

———————

## NO. 14-20-00159-CR

———————

### EX PARTE LIONEL JOSEPH NEWMAN

**On Appeal from the 179th District Court
Harris County, Texas
Trial Court Cause No. 1647260**

## ORDER

The clerk's record in this appeal was filed March 18, 2020. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain: (1) the February 25, 2020 <u>order approving counsel, **Sharon Slopis's**, motion to withdraw</u>, and (2) order approving appellant's request to proceed pro se in this matter.

This court previously ordered this record, and the trial court clerk filed a supplemental clerk's record containing the court's order granting substitution of appellant's trial court counsel.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **June 7, 2021**, containing the above records.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Spain, Hassan, and Poissant.